# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01572-MEH

John Meggs, et al.

        Plaintiffs,

   vs.

Maggiano's Holding Corporation,

        Defendant.

_____/

## NOTICE OF SETTLEMENT

The Plaintiffs, with consent of the Defendant, hereby inform the Court that the Parties have reached an agreement in principle with regard to the above-captioned matter. Counsel for the Parties expect to file dismissal papers within the next sixty days and thus request that the Court enter a deadline for the filing of dismissal papers on or about February 20, 2023 and moot all pending deadlines.

Respectfully submitted this 20th day of December 2022.

                                                          *s/ Jon G. Shadinger Jr.*
                                                          Jon G. Shadinger Jr., Esq.
                                                          Shadinger Law, LLC
                                                          717 E. Elmer Street, Suite 7
                                                         Vineland, NJ 08360
                                                         Direct (609) 319-5399
                                                         Office (609) 236-3211
                                                         Fax (609) 900-2760
                                                         js@shadingerlaw.com
                                                        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of December 2022, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                                                         */s/ Jon G. Shadinger Jr.*  
                                                                                         Jon G. Shadinger Jr., Esq.