IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01572-MEH

JOHN MEGGS and
ACCESS 4 ALL, INC.,

      Plaintiffs,

v.

MAGGIANO'S HOLDING CORP.,

      Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is the parties' Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). ECF 26. The case was dismissed with prejudice as of the entry of the Stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (providing that the "plaintiff may dismiss an action *without a court order* by filing: . . . . a stipulation of dismissal") (emphasis added). No order of dismissal is necessary. The Clerk of Court shall close this case.

Dated and entered at Denver, Colorado, this 12th day of January, 2023.

                                                              BY THE COURT:

                                                              */s/ Michael E. Hegarty*

                                                              Michael E. Hegarty
                                                              United States Magistrate Judge